**2002–0227. Lehtinen v. Mervart.**
Cuyahoga App. No. 79164.
RESNICK and PFEIFER, JJ., dissent.

## APPEALS NOT ALLOWED FOR REVIEW

**2001–2181. State v. Latham.**
Coshocton App. No. 01CA1.

**2001–2230. Barker v. Netcare Corp.**
Franklin App. No. 01AP–230.
LUNDBERG STRATTON, J., dissents.

**2002–0078. State v. Cominsky.**
Lake App. No. 2001–L–023.

**2002–0119. State v. Brown.**
Clermont App. No. CA2001–04–047.

**2002–0121. State v. Greene.**
Sandusky App. No. S–01–015.

**2002–0122. State v. Lipscomb.**
Hamilton App. No. C–000737.

**2002–0123. State v. Formica.**
Lake App. No. 2000–L–094.

**2002–0133. State v. Mollohan.**
Washington App. No. 01CA39.

**2002–0135. Fernback v. Fernback.**
Mahoning App. No. 00CA276.
LUNDBERG STRATTON, J., dissents.

**2002–0136. State v. Brooks.**
Hamilton App. No. C–000763.

**2002–0137. State v. Youngblood.**
Greene App. No. 01CA67.

**2002–0139. State v. Gillman.**
Franklin App. No. 01AP–662.

**2002–0141. Frontier Community Serv., Inc. v. Knoll Group Partners.**
Jackson App. No. 00CA22.
PFEIFER, J., dissents.

**2002–0143. State v. Payton.**
Cuyahoga App. No. 79302.
MOYER, C.J., and PFEIFER, J., dissent.

**2002–0145. Detlef v. Detlef.**
Lucas App. No. L–00–1137.
RESNICK, J., not participating.

**2002–0147. State v. Blankenship.**
Cuyahoga App. No. 77900.

**2002–0155. Shoney's, Inc. v. Winthan Properties, Inc.**
Franklin App. No. 01AP–145.
COOK, J., dissents.

**2002–0157. O'Brien v. Product Design Ctr., Inc.**
Franklin App. Nos. 01AP–454 and 01AP–495.
F.E. SWEENEY, J., dissents.

**2002–0160. Bordelon v. Franklin Twp.**
Franklin App. No. 01AP–256.
F.E. SWEENEY, J., dissents.

**2002–0163. Kuhn v. Ferrante.**
Stark App. No. 2001CA00068.

**2002–0166. State v. Anderson.**
Geauga App. No. 2000–G–2316.

**2002–0167. State v. LeSure.**
Lorain App. No. 01CA007927.

**2002–0168. State v. Engelhart.**
Lorain App. No. 01CA007901.

**2002–0170. State v. Altschuler.**
Mahoning App. No. 99CA204.

**2002–0171. State v. Gaston.**
Belmont App. No. 98BA52.
PFEIFER, J., dissents.

**2002–0172. Lapping v. HM Health Serv.**
Trumbull App. No. 2000–T–0061.

**2002–0174. Norwood v. Robinson.**
Hamilton App. No. C–010307.

**2002–0178. Franklin Twp. Bd. of Trustees v. Armentrout.**
Portage App. No. 2000–P–0082.
MOYER, C.J., dissents.

**2002–0179. State v. Riddle.**
Mahoning App. No. 99CA147.

**2002–0180. State v. Issa.**
Hamilton App. No. C–000793.

**2002–0183. DeAnda v. Vanegas Enterprises–Corro–Flo Eng., Inc.**
Hancock App. No. 5–01–18.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**2002–0184. Mootispaw v. Ghee.**
Franklin App. No. 01AP–663.

**2002–0185. Moton v. Ford Motor Credit Co.**
Richland App. No. 01CA4.
F.E. SWEENEY, J., dissents.

2002–0187.   Clark v. Alberini.
Trumbull App. No. 2001–T–0015.
   PFEIFER, J., dissents.

2002–0192.   State v. Baker.
Cuyahoga App. No. 79673.

2002–0195.   State v. Grimes.
Marion App. No. 9–01–22.

2002–0202.   Kenkel v. Hamilton Cty. Bd. of Commrs.
Hamilton App. No. C–010347.

2002–0203.   N. Olmsted Land Holding, Ltd. v. N. Olmsted Planning Comm.
Cuyahoga App. No. 77584.

2002–0220.   Am. Legion Post 200 v. Ohio Liquor Control Comm.
Franklin App. No. 01AP–684.

2002–0232.   State v. Harrison.
Lake App. No. 2000–L–212.

2002–0240.   State v. Davie.
Trumbull App. No. 2000–T–0104.
   DOUGLAS, J., dissents and would allow on Proposition of Law No. I.

2002–0243.   Edelman v. Kohut.
Belmont App. No. 00BA51.
   PFEIFER, J., dissents.

2002–0250.   State v. Foster.
Trumbull App. No. 2000–T–0033.

2002–0258.   Collier v. Harrison Cty. Aud.
Harrison App. No. 00523CA.
   PFEIFER, J., dissents.

2002–0267.   Snow v. Brown.
Franklin App. Nos. 01AP–1018 and 01AP–764.

2002–0273.   State v. Scott.
Stark App. No. 2001CA00004.

2002–0373.   State v. Johnson.
Cuyahoga App. No. 70234.